**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**
**Clerk**

**513-564-7000**

June 24, 2026

Lauren E. Fitzsimons

Re: Case No. 26-1542, *Robinhood Derivatives, LLC v. Dana Nessel, et al.*

Dear Counsel,

The court requests the appellees' response to the appellant's motion to expedite briefing and oral argument and to consolidate actions by 5:00 p.m. EST on Monday, June 29, 2026.

Sincerely,

Kelly L. Stephens, Clerk

CC:    Andrew Goetz
       David Portinga