No. 26-1542

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
Jul 2, 2026
KELLY L. STEPHENS, Clerk
```

| | | |
|---|---|---|
| ROBINHOOD DERIVATIVES, LLC, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DANA NESSEL, in her official capacity as | ) | |
| Attorney General of Michigan, et al., | ) | |
| | ) | |
| Defendants - Appellees. | ) | |

Robinhood Derivatives, Inc. appeals the denial of its motion for a preliminary injunction. Robinhood moves to consolidate this matter with two appeals pending before the court, *KalshiEx LLC v. Schuler*, No. 26-3196, and *KalshiEx LLC v. Orgel*, No. 26-5235, and to expedite briefing and oral argument such that this appeal may be argued in July with the *KalshiEx* appeals. The defendants respond in opposition, and Robinhood replies.

Upon review, the omnibus motion is DENIED. These appeals will proceed in the normal course. The court is contemporaneously denying a motion seeking nearly identical relief in *QCX, LLC, dba Polymarket US v. Nessel*, No. 26-1552. The parties are advised that, upon the completion of principal briefing, this appeal will be submitted to the same panel for consideration on the same day as *Polymarket US*.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk